UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27 PM 3: 16

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CLAIRE BROU, et al., on behalf of themselves and others similarly situated, | * * * | C.A. No. 06-0838 |
| Plaintiffs | * * | |
| v. | * * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE KNOWLES |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | * * * | |
| Defendants | * | CLASS ACTION |

**ORDER**

Considering the foregoing, it is hereby

ORDERED that Plaintiffs are given leave to withdraw their Motion for a Temporary Restraining Order, without prejudice to their right to assert any claims in this action.

SIGNED at New Orleans, Louisiana this 27th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.