UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 11  AM 8:09

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CLAIRE BROU, et al., on behalf of themselves and others similarly situated, | * * * | C.A. No. 06-0838 |
| Plaintiffs | * * | |
| v. | * * | JUDGE DUVAL |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | * * * * | MAGISTRATE JUDGE KNOWLES |
| Defendants | * | CLASS ACTION |

### ORDER

Considering the foregoing, it is hereby

ORDERED that consideration of Plaintiffs' Motion for Class Certification is hereby stayed until ~~further notice~~ August 9, 2006.

SIGNED at New Orleans, Louisiana this 10th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

\* This will be the last extension granted.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____