**Mississippi**

Newspapers

1.  The Sun Herald
    The Sun Herald
    P.O. Box 4567
    Biloxi, MS 39535
    228-896-2420
    www.thesunherald.com

    Newsroom: 228-896-2390 Email: mynews@sunherald.com

2.  Hattiesburg American
    PO BOX 1374
    Hattiesburg, MS 39401
    601-450-4445
    601-582-4321
    www.hattiesbergnews.info

    Submit press release on line:
    www.hattiesburgamerican.com/apps/pbcs.dll/section?Category=CUSTOMERSERVICE03

3.  The Clarion-Ledger
    The Clarion-Ledger
    201 S. Congress St.
    Jackson, MS 39201
    601-961-7000
    In-state Watts number: 800-222-8015
    www.clarionledger.com/

    Metro News Editor:  Grace Simmons, 601-961-7250
    News/Copy Desk Editor: Jenny Humphryes  601-961-7238

4.  Mississippi Press
    Mississippi Press
    1225 Jackson Ave
    Pascagoula, MS 39567
    228-762-3805, 228-762-1111
    Fax: 228-934-1454 or 228-934-1474
    www.gulflive.com/mississippipress
    msnews@themississippipress.com

    Coastlines Editor: Susan Ruddiman, 228-934-1419
    msfeatures@themississippipress.com
    Managing Editor: Paul South, 228-934-1423

psouth@themississippipress.com
mseditor@themississippipress.com

5.    Meridian Star
       P.O. Box 1591
       Meridian, MS 39302
       601-693-1551
       Toll Free: 800-232-2525
       www.meridianstar.com

       General Manager: John Bohl - Ext. 3211
       News Fax: 601-485-1275
       News Desk: Kassie Rowell - Ext. 3274

6.    Desoto Appeal
       230 Goodman Rd E
       Southaven, MS 38671
       901-333-2020
       www.commercialappeal.com/mca/desoto

7.    Madison County Herald
       670 Highway 51
       Ridgeland, MS 39157
       601-853-2899
       www.mcherald.com

       Managing Editor: J. Ben Kelly, 601-853-8783
       jbkelly@mcherald.com

8.    Neshoba Democrat
       P.O. Box 30
       Philadelphia, MS 39350
       601-656-4000
       www.neshobademocrat.com

       Managing Editor: Debbie Meyers

9.    Starkville Daily News
       P.O. Box 1068
       Starkville, MS 39759
       662-323-1642
       www.starkvilledailynews.com

       Editor: sdneditor@starkvilledailynews.com
       Managing Editor: Brian Hawkins

10.     Northeast Mississippi Journal
        P.O. Box 909
        Tupelo, MS 38802
        662-842-2611
        www.mediatico.com
        www.djournal.com

Television stations

1.      WLOX
        P.O. Box 4596
        Biloxi, MS 39535
        www.wlox.com
        wlox@wlox.com

        Newsroom: news@wlox.com; (fax) 228-896-2596
        Public Service Announcements: e-mail Todd Durbin in the WLOX-TV Marketing
        Department at branding@wlox.com
        Post on community calendar: www.wlox.com/Global/link.asp?L=81603&nav=6uyeEngN

2.      WAPT
        www.wapt.com

3.      WTOK-TV
        815 23rd Ave
        Meridian, MS 39301
        601-693-1441
        fax: 601-483-3266
        www.wtok.com
        wtok@wtok.com

        News and community calendar: news@wtok.com

4.      WJTV
        1820 TV Road
        Jackson, MS 39204-4148
        601-372-6311
        fax:  601-372-8798

        News story suggestion: rrussell@wjtv.com,news@wjtv.com
        Community calendar:
        eventcalendar.mgnetwork.com/index.cfm?fuseaction=home.open&siteid=jtv

5.   WXXV-TV
     www.fox25.com

6.   WDAM-TV
     P.O. Box 16269, Hattiesburg, MS 39404.
     www.wdam.com

     News tips and story ideas:  news7@wdam.com

7.   WLBT-TV
     715 South Jefferson Street
     Jackson, Mississippi  39201
     601-948-3333 (main switchboard)
     www.wlbt.com

     Newsroom: 601-960-4426, (fax) 601-355-7830; news@wlbt.com

8.   WMPN-TV
     3825 Ridgewood Road
     Jackson MS 39211
     601-432-6565 ; 1-800-922-9698
     www.etv.state.ms.us

     phyllis.allen@mpbonline.org

Radio Stations

1.   WMJY (FM)
     286 Debuys Rd.
     Biloxi, MS 39531
     228-388-2323
     fax: 228-388-2362
     www.magic937.com
     reggiebates@clearchannel.com

2.   WBSL
     1190 Casino Magic Drive
     Bay Saint Louis, MS 39520
     228-467-1190
     fax: 228-467-5295

3.   WTNI (AM)
     1909 E. Pass Rd.
     Suite D-11
     Gulfport, MS 39507
     228-388-2001
     fax: 228-996-9114
     www.1640wtni.com

4.   WFOR(FM)
     One Commerce Drive, #106
     Hattiesburg, MS 39402
     601-544-1400
     fax: 601-582-5481

5.   WUSW (FM)
     One Commerce Drive,
     Hattiesburg, MS
     601-544-1037
     fax: 601-582-5481

6.   WORV(AM)
     1204 Graveline Street
     Hattiesburg, MS
     601-544-1941
     fax: 601-544-1947

7.   WJWG (FM)
     1204 Graveline Street
     Hattiesburg, MS
     601-544-1941
     fax: 601-544-1947

8.   WHLH (FM)
     1375 Beasley Rd.
     Jackson, MS 39206
     601-982-1062
     fax: 601-362-1905
     www.hallelujah955.com

9.   WJDX (AM)
     Box 31999
     Jackson, MS 39286
     601-982-1062
     fax: 601-362-1905
     www.wjdx.com

10.    WMSI (FM)
       1375 Beasley Road
       Jackson, MS 39206
       601-982-1062
       fax: 601-362-1905
       www.miss103.com

       Contact: Kenny Windham

11.    WKXI (AM)
       Box 9446
       Jackson, MS 39286
       6001-957-1300
       fax: 601-956-0516

12.    WOAD(AM)
       731 S. Pear Orchard Street, Suite 27
       Jackson, MS 39157
       601-957-1300
       fax: 601-956-0516
       www.woad.com

13.    WJMI (FM)
       731 S. Pear Orchard Street
       Jackson, MS 39157
       601-957-1300
       fax: 601-956-0516

14.    WWJK (FM)
       222 Beasley Rd.
       Jackson, MS 39206
       www.arrow94.com
       mail94@arrow94.com

15.    WZRX (AM)
       Box 9734
       Jackson, MS
       601-981-9080
       fax: 601-981-9093

16.    WUSJ
       265 High Point Drive
       Jackson, MS
       601-956-0102
       fax: 601-978-3890
       www.us963.com

17. WALT(AM)
    Box 5797
    Meridian, MS 39302
    601-693-2661
    fax: 601-483-0826

18. WJDQ (FM)
    4307 Hwy. 39 N.
    Meridian, MS 39301
    601-693-2381
    fax: 601-485-2972

19. WMER (AM)
    1106 18th Ave
    Meridian, MS 39301
    601-693-9637
    fax: 601-693-9637

20. WMMZ (FM)
    3436 Hwy. 45 N.
    Meridian, MS 39301
    601-693-2661
    fax: 601-483-0826
    wmmz@wokk.com

21. WMOX (AM)
    Box 5184
    Meridian, MS 39302
    601-693-1891
    fax: 601-483-1010
    wmox@wmox.net
    www.wmox.net

22. WNBM (AM)
    266 23rd Street
    Meridian, MS 39301
    601-483-3401
    fax: 483-3411
    www.wnbn.onlineyp.net

23.  WKNN (FM)
     286 Debuys
     Biloxi, MS 39531
     228-388-2323
     fax: 228-388-2362
     www.k99fm.com

24.  WXRG (FM)
     109 E. Pass Rd.
     Suite D-11
     Gulfport, MS 39507
     228-388-2001
     fax: 228-896-9736
     wxrg@wxrgfm.com
     www.wxrgfm.com

25.  WPMP (AM)
     5115 Telephone Rd.
     Pascagoula, MS 39567
     228-762-5683
     fax: 228-762-1222
     wzzjam1580@aol.com

26.  WAVN (FM)
     1336 Brookhaven Dr.
     Southaven, MS 38671
     662-393-8056
     662-393-8066

27.  WELO (AM)
     Box 410
     2214 S. Gloster Ave
     Tupleo, MS 38801
     662-842-7658
     fax: 662-842-0197

28.  WZLQ (FM)
     Box 410
     2214 S. Gloster Ave
     Tupleo, MS 38801
     662-842-7658
     fax: 662-842-0197

29.  WKMQ (AM)
     Box 3300
     Tupelo, MS 38803
     662-842-1067
     fax: 601-842-0725
     rickstevens@clearchannel.com

30.  WMAH (FM) & WMPN (FM) & WMAV (FM)
     3825 Ridgewood Rd.
     Jackson, MS 39211
     601-432-6565
     fax: 601-432-6806
     www.mpbonline.org

31.  WAII (FM) & WPAS (FM) & WAFR (FM) & WAJS (FM) & WAQB (FM)
     American Family Radio
     P.O. Box 3206
     Tupelo, MS 38803
     662-844-8888
     fax: 662-842-6791
     www.afr.net

32.  WMPR(FM)
     Box 9782
     Jackson, MS 39286
     601-948-5835
     fax: 601-948-6162
     www.wmpr901.com
     wmpr@wmpr901.com

## Alabama

Newspapers

1.  Mobile Press Register
    P.O. Box 2488
    Mobile, AL 36652-2488
    251.219.5454 - 800.239.1659
    www.mobileregister.com

    Managing Editor: Dewey English, 251-219-5612
    newsroom@press-register.com

2.   Montgomery Advertiser
     www.montgomeryadvertiser.com
     Send press releases to:
     www.montgomeryadvertiser.com/customerservice/pressrelease.htm

     Managing Editor: Mel Gray, 334-261-1516
     Metro Editor: Jack Mitchell, 334-240-9268


3.   The Birmingham News
     2200 4th Avenue North          P.O. Box 2553
     Birmingham, AL 35203           Birmingham, AL 35202
     205-325-2222
     www.bhamnews.com

     Metro Editor: Wayne Hester, 205-325-2478, FAX: (205) 325-2283
     whester@bhamnews.com
     State Editor: Glenn Stephens, 205-325-2482, FAX: (205) 325-2283
     gstephens@bhamnews.com

4.   Dothan Eagle
     P.O. Box 1968                  227 N. Oates St
     Dothan, AL 36302               Dothan, AL 36301
     334-792-3141
     www.dothaneagle.com


5.   Huntsville Times
     2317 South Memorial Parkway
     Huntsville, AL 35801
     256-532-4000
     800-239-5271
     fax: 256-532-4213
     www.htimes.com

     Metro Editor: Curtis Coghlan, ccoghlan@htimes.com
     News Editor: Joe Duncan, jduncan@htimes.com
     City Editor: Shelly Haskins, shaskins@htimes.com
     General Newsroom: htimes@htimes.com

Television stations

1.  Alabama Public Television
    2112 11th Ave South, Suite 400
    Birmingham, AL 35205
    205-328-8756
    800-239-5233
    fax: 205-251-2192
    www.aptv.org

    News Hotline: 334-264-9900, 800-239-5239

2.  WABM-TV
    Birmingham, AL
    www.wabm68.com

    Submit to community calendar: www.wabm68.com/community/event_submit.shtml

3.  WIAT-TV
    2075 Golden Crest Drive
    Birmingham, AL 35209
    205-322-4200
    www.wiat.com

    Newsroom Fax: 205-320-2722
    News tips: vporter@wiat.com
    News press Release: newsrelease@wiat.com

4.  WVTM-TV
    1732 Valley View Drive
    Birmingham, AL 35209
    205-558-7300
    www.nbc13.com/index.html

    News tip (check "news tip"): www.nbc13.com/contactus/index.html

5.  WTTO-TV
    Birmingham, AL
    www.wtto21.com

    Submit to community calendar: www.wtto21.com/community/event_submit.shtml

6. WJTC-TV
661 Azalea Road
Mobile, AL 36609
251-602-1544; 877-765-1544
fax: 251-602-1547
www.myupn44.com/Default.aspx

News Hotline: 251-602-1558

7. WKRG-TV
555 Broadcast Dr.
Mobile, Alabama 36606
251- 479-5555
fax: 251-473-8130
www.wkrg.com

News Room fax: 251-662-3071
Assignment desk: assignmentdesk@wkrg.com
tv5@wkrg.com

8. WPMI-TV
661 Azalea Road
Mobile, Alabama 36609
251-602-1500
fax: 251-602-1547
www.wpmi.com

News Tip Hotline: 251-602-1558; fax: 251-602-1550
News Department: nbc15@wpmi.com
Public Service Announcements: mobileTV-publicservice@clearchannel.com
Calendar Submissions: mornings@wpmi.com

9. WAKA-TV
3020 East Boulevard
Montgomery, Alabama 36116
334-271-8888; 800-467-0424
fax: 334-272-6444
www.waka.com

Montgomery Newsroom: 334-270-9252; 800-467-0401; fax: 334-244-7859
West Alabama Newsroom: 334-872-2125; fax: 334-872-3787
South Alabama Newsroom: 334-427-1884

10.    WSFA-TV
Montgomery, AL
334-288-1212
www.wsfa.com

Newsroom: 334:284-5276; fax: 334-613-8303
News@wsfa.com

## Radio Stations

1.    WBPT (FM)
301 Beacon Pkwy
Suite 200
Birmingham, AL 35209
205-916-1100
fax: 205-916-1152
www.biminghampoint.com

2.    WDJC (FM)
2727 19th Place South
Birmingham, AL 35209
205-879-3324
fax: 205-802-4555
www.93.7wdjc.com

3.    WMJJ (FM)
530 Beacon Pkwy West
Suite 600
Birmingham, AL 35209
205-439-9600
fax: 205-439-8390
www.magic96fm.com

4.    WUHT (FM)
244 Goodwin Crest Drive
Suite 300
Birmingham, AL 35209
205-942-4646
fax: 205-942-3175
www.hot1077radio.com

5.      WXJC (AM)
        244 Goodwin Crest Drive
        Suite 126
        Birmingham, AL 35209
        205-942-9033
        fax: 205-942-1087
        wydeinfo@crawfordbroadcasting.com
        www.crawfordbroadcasting.com

6.      WAPI (AM)
        244 Goodwin Crest Drive
        Suite 126
        Birmingham, AL 35209
        205-942-1004
        fax: 205-942-1906
        www.wapi1070.com

7.      WYSF (FM)
        244 Goodwin Crest Drive
        Suite 126
        Birmingham, AL 35209
        205-942-1004
        fax: 205-942-1906
        www.wapi1070.com

9.      WGIB (FM)
        1137 10th Place S.
        Birmingham, AL 35205
        205-323-1516
        fax: 205-323-2747
        nmills@gleniris.net
        www.glenirisbaptist.org

10.     WABB (AM & FM)
        1551 Springhill Ave
        Mobile, AL 36604
        251-432-5572
        fax: 251-438-4044
        b.dittman@wabb.com
        www.wabb.com

11.  WGOK (AM)
     2800 Dauphin St
     Suite 104
     Mobile, AL 36606
     251-652-2000
     fax: 251-652-2001
     www.cumulus.com

12.  WKSJ (FM)
     555 Broadcast Drive
     3rd Fl.
     Mobile, AL  36606
     251-450-0100
     fax: 251-497-3418
     www.95ksj.com

13.  WMOB (AM)
     Box 63
     Mobile, AL 36601
     251-432-1360
     fax: 251-432-1396

14.  WRKH (FM)
     555 Broadcast Dr.
     3rd Fl.
     Mobile, AL 36606
     www.961therocket.com

15.  WHIL (FM)
     Box 8509
     Mobile, AL 36689-0509
     251-380-4655
     fax: 251-460-2189
     whil@whil.org
     www.whil.org

16.  WACV (AM)
     Box 210723
     4101-A Wall St.
     Montgomery, AL 36121
     334-244-1170
     fax: 334-279-9563
     www.wacv1170.com

17.   WHHY(FM)
      One Commerce St.
      Suite 300
      Montgomery, AL 36104
      334-240-9274
      fax: 224-279-9219
      www.y102montgomery.com

18.   WLWI (AM & FM)
      One Commerce St.
      Suite 300
      Montgomery, AL 36104
      334-240-9274
      fax: 224-279-9219
      www.culumus.com

19.   WLBF (FM)
      Box 210789
      Montgomery, AL 36121-0789
      334-271-8900
      fax: 334-260-8962
      mail@faithradio.org
      www.faithradio.org


**Texas**

Newspapers

1.    Beaumont Enterprise
      www.beaumontenterprise.com

      Submit community news: home.southeasttexaslive.com/Forms/community
      Local news: localnews@beaumontenterprise.com
      Managing editor: bpearson@hearstnp.com

2.    Houston Chronicle
      801 Texas Ave.
      Houston, TX 77002
      713-362-7171
      www.chron.com

      News tips: news@chron.com

3. San Antonio Express News
  PO Box 2171
  San Antonio, Texas 78297-2171
  210-225-7411
  210-250-3000
  fax : 210-351-7372.
  www.express-news.com

  Email press releases to: citydesk@express-news.net

4. Austin American Statesman
  P.O. Box 670
  Austin, Texas 78767
  www.statesman.com

  Managing Editor: Fred Zipp, 512-912-2983
  State Editor: Gary Susswein, 512-445-3851, FAX: 512- 445-1707
  Public/Legal Notices: 512-445-3832

5. Dallas Morning News
  508 Young St.
  Dallas, TX 75202
  214-977-8222
  www.dallasnews.com

## Television stations

1. KVUE-TV
  Austin, TX
  www.kvue.com

  Add event to community calendar: www.kvue.com/entertainment/events/addEvent.htm

2. KTBC-TV
  Austin, TX
  www.ktbc.com

3. KXAN-TV
  P.O. Box 490
  Austin, TX 78767
  512-476-3636
  fax: 512- 476-1520
  www.kxan.com

  News Hotline: 512-476-2863, fax:512-469-0630; news36@kxan.com

4.    KLRU-TV
      P.O. Box 7158
      Austin, Texas 78713-7158
      512-471-4811
      fax: 512-475-9090

      info@klru.org
      support.klru.org/site/PageServer?pagename=homepage

5.    KNVA-TV
      P.O. Box 490
      Austin, TX 78767
      512- 476-3636
      fax: 512-476-1520
      www.knva.com

      News Hotline: 512- 476-2863
      News: news36@kxan.com

6.    KFDM-TV
      P.O. Box 7128
      Beaumont, TX 77726-7128
      409-892-6622
      fax: 409-892-6665
      www.kfdm.com

      News stories: news@kfdm.com
      Post on the community calendar: comcal@kfdm.com

7.    WFAA-TV
      606 Young St.
      Dallas, TX, 75202
      214-748-9631
      www.wfaa.com

      News Tips: news8@wfaa.com
      Community calendar: www.wfaa.com/localnews/communitycalendar

8.    KERA-TV
      3000 Harry Hines Boulevard
      Dallas, Texas 75201
      214-871-1390
      Metro 972-263-3151
      fax 214-754-0635
      www.kera.org

      News leads: 214-871-1390

9.    WKTRK-TV
       3310 Bissonnet,
      Houston TX 77005
      713-666-0713
      www.abclocal.go.com/ktrk

      News Tips: 713-669-1313

10.   KPRC-TV
      Houston, TX
      www.click2houston.com/index.html

11.   KHOU-TV
      1945 Allen Parkway
      Houston, Texas 77019
      713-526-1111
      www.khou.com

      News tips: 713-521-4398; fax: 713-520-7763; assignments@khou.com
      Community calendar: fax: 713-284-8783
              http://poseidon.belointeractive.com/cgi-
              bin/calendar/index.pl?Calendar=khou_events

      Public service announcements: KHOU, 1945 Allen Parkway, Houston, Texas 77019

12.   KABB-TV
       4335 N.W. Loop 410
      San Antonio, Texas 78229-5168
      210-366-1129
      fax: 210-377-4758
      www.kabb.com

      kabbtv@kabb.com
      news@kabb.com
      News Desk: 210-442-NEWS; fax: 210-442-6333

13.    KUHT-TV
       4343 Elgin
       Houston, TX 77204-0008
       713-748-8888
       fax: 713-743-8867
       www.houstonpbs.org/site/PageServer

14.    KLRN-TV
       501 Broadway
       San Antonio, Texas 78215-1820
       210-270-9000
       800-627-8193
       fax: 210-270-9078
       www.klrn.org

15.    KNVA-TV
       P.O. Box 490
       Austin, TX 78767
       512- 476-3636
       fax: 512-476-1520
       www.knva.com

       News Hotline: 512- 476-2863
       News: news36@kxan.com


Radio Stations

1.     KLBJ (AM & FM)
       8309 N. 1-35
       Austin, TX 78753
       512-832-4000
       fax: 512-832-4081
       www.590klbj.com

2.     KPEZ (FM) & KVET (FM)
       3601 South Congress, #F
       Austin, TX 78704-7213
       512-684-7300
       fax: 5120684-7441
       www.z1023.com
       www.kvet.com

3.  KAZI (FM)
    8906 Wall St.
    Suite 203
    Austin, TX 78754
    512-836-9544
    fax: 512-836-9563
    kazifm@msn.com
    www.kazifm.com

4.  KMFA (FM)
    300 N. Lamar
    Suite 100
    Austin, TX 78705
    512-476-5632
    fax: 512-474-7463
    info@kfma.oeg
    www.kfma.org

5.  KLVI (AM)
    2855 Interstate 10 east
    Beaumont, TX 77702
    409-896-5555
    fax: 409-896-5599
    www.klvi.com

6.  KQXY(FM)
    755 S. 11th St.
    Suite102
    Beaumont, TX 77701
    409-833-9421
    fax: 409-833-9296
    psanders@qt.rr.com
    www.kqxy.com

7.  KRCM (AM)
    Box 22257
    Beaumont, TX 77720-2257
    409-835-1340
    fax: 409-835-5686
    manager@newsradiofox.com
    www.newsradiofox.com

8.   KYKR (FM)
     2885 Interstate 10 East
     Beaumont, TX 77702
     409-896-5555
     fax: 409-896-5599
     www.kykr.com

9.   KZZB (AM)
     2531 Calder Ave
     Beaumont, TX 77702
     409-833-0990
     fax: 409-833-0995
     www.kzzbradio.com

10.  KBFK (FM)
     13331 Preston Rd.
     Suite 1180
     Dallas, TX 75240
     972-331-5400
     fax: 972-331-5560
     www.979tlpbeat.com

11.  KFXR (AM)
     720 N. Saint Paul St.
     Dallas, TX 75201
     214-855-0002
     fax: 214-855-0002

12.  KJKK (FM)
     7901 Carpenter Fwy.
     Dallas, TX 75247
     214- 630-3011

13.  KCBI (FM)
     Box 619000
     Dallas, TX 75261-9000
     817-792-3800
     fax: 817-277-9929
     kcbi@kcbi.org
     www.kcbi.org

14.    KERA (FM)
       3000 Harry Hines Blvd.
       Dallas, TX 75201
       214-871-1390
       fax: 214-740-9369
       kerafm@kera.org
       www.kera.org

15.    KVTT (FM)
       11061 Shady Tr.
       Dallas, TX 75229
       214-351-6655
       fax: 469-522-0992
       kvtt@kvtt.org
       www.kvtt.org

16.    KFJZ (AM)
       7700 Carpenter Fwy.
       Dallas, TX 75247
       817-923-3424
       fax: 817-923-3451
       sarita@radioluz.com

17.    KLNO (FM)
       7700 Carpenter Fwy.
       Dallas, TX 75247
       214-525-0400
       fax: 214-525-0473

       (Spanish format - should press release be in Spanish?)

18.    KPLX (FM)
       3500 Maple at Turtle Creek
       Suite 1600
       Dallas, TX 75219
       214-526-2400
       Toll free: 888-462-1995
       fax: 214-520-4343
       www.995thewolf.com

19. WBAP (FM)
    2221 E. Lamar
    Suite 300
    Arlington, TX 76006
    817-695-1820
    fax: 817-695-0014
    wbap.com

20. KPFT (FM)
    418 Lovett Blvd.
    Houston, TX 77006
    713-526-4000
    fax: 713-526-5750
    www.kpft.org

21. KTRU (FM)
    6100 S. Main
    Houston, TX 77005
    713-348-4098
    fax: 713-348-4093
    ktru@ktru.org
    www.noise.ktru.org

22. KTSU (FM)
    3100 Cleburne St.
    Houston, TX 77004
    713-313-7591
    fax: 313-7479

23. KUHF (FM)
    4343 Elgin
    3rd Floor
    Houston, TX 77204-0887
    713-743-0887
    fax: 713-743-0868
    kuhf@kuhf.org
    www.kuhf.org

24. KFNC (FM)
    2700 Post Oak Road Blvd.
    Suite 2300
    Houston, TX 77056
    713-300-3585
    fax: 713-300-3500

25.   KHIB (FM)
      Houston Christian Broadcasters Inc.
      2424 South Blvd.
      Houston, TX 77098-5196
      713-520-5200
      www.khcb.org

26.   KQQK (FM)
      3000 Bering Drive
      Houston, TX 77057
      731-315-3400
      fax: 731-315-3506
      juliocesar@xoradio.com
      www.xoradio.com

      (Partial Spanish format - should press release be in Spanish?)

27.   KCOR (FM)
      1777 N.E. Loop 410
      Suite 400
      San Antonio, TX 78217
      214-821-6548
      fax: 214-804-7820

      (Partial Spanish format - should press release be in Spanish?)

28.   KCYY (FM)
      8122 Datapoint Dr., Suite 500
      San Antonio, TX 78229
      210-615-5400
      fax: 214-615-5300
      www.y100fm.com

29.   WOAI (FM)
      6222 N.W. IH-10
      San Antonio, TX 78201
      210-736-9700
      fax: 210-735-8811
      www.woai.com

30.  KSTX (FM) & KPAC
     8401 Datapoint Dr.
     Suite 800
     San Antonio, TX 78229
     210-614-8977
     210-614-8983
     www.tpr.org

31.  KSYM (FM)
     1300 San Pedro Ave
     San Antonio, TX 78212-4299
     210-733-2787
     fax: 210-733-2801
     ksym@accd.edu
     www.ksym.org

32.  KYFS (FM)
     9330 Corporate Dr.
     Suite 808
     San Antonio, TX 78154
     210-651-9093
     fax: 210-651-9093
     kyfs@bbnradio.org
     www.bbnradio.org


**Tennessee**

Newspapers

1.   Memphis Commercial Appeal
      495 Union Ave.
     Memphis, TN, 38103
     901-529-2345
     800-444-6397
     www.commercialappeal.com

     Features Editor: Peggy McKenzie, 901-529-2341
     Metro Editor: Louis Graham, 901-529-2333

2.   Jackson Sun
     P.O. 1059
     Jackson, TN 38302
     www.jacksonsun.com

     Jackson-Madison County News: Amy , McDaniel, 731-425-9617
     amcdaniel@jacksonsun.com
     Region News: Donna Miller,  731-425-9617
     dmiller@jacksonsun.com
     Managing Editor: Africa Price, 731-425-9708
     aprice@jacksonsun.com

3.   Nashville Tennessean
     1100 Broadway
     Nashville, TN 37203
     www.tennessean.com

     Local news: 615-259-8095
     General news and business: 615-259-8093
     Managing Editor: David Green, 615-726-5989, dgreen@tennessean.com
     News announcements: newstips@tennessean.com

4.   Chattanooga Times
     400 East 11th St.
     Chattanooga, TN 37403
     www.timesfreepress.com

     News Managing Editor: Larry Henry, 423-757-6597
     City Editor: Alison Gerber: 423-757-6408

Television stations

1.   WTVC-TV
     P.O. Box 60028 (mailing address)
     Chattanooga, TN 37406
     423-756-5500
     www.newschannel9.com

     News tips: 423-757-7320
     News department fax: 423-757-7401
     Events calendar:  Mscott@NewsChannel9.com

2.    WDEF-TV
      3300 Broad Street
      Chattanooga, TN 37408
      423-785-1200
      fax: 423-785-1273
      www.wdef.com

      News tips: news@wdef.com
      Add event to community calendar:
http://eventcalendar.mgnetwork.com/index.cfm?fuseaction=home.open&siteid=DEF

3.    WRCB-TV
      Chattanooga, TN
      www.wrcbtv.com

      News stories: news@wrcbtv.com

4.    WTCI-TV
      Chattanooga, TN
      www.wtci-tv45.com

5.    WLFI-TV
      6024 Shallowford Road, Suite 100
      Chattanooga, TN 37421
      423-893-9553
      fax: 423-893-9853

      Community calendar: wfli.promotions@wflitv.com

6.    WBBJ-TV
      Jackson, TN
      www.wbbjtv.com

      Community Calendar: 346 Muse Street, Jackson, TN  38301, fax:731-423-8016

7.    WPTY-TV
      Memphis. TN
      www.abc24.com

8.  WREG-TV
    803 Channel 3 Drive
    Memphis, Tennessee 38103
    901-543-2333
    www.wreg.com

    News tips: 901-543-2111
    News tips and press releases: ethel.sengstacke@wreg.com; lisa.dandridge@wreg.com;
    mark.woodall@wreg.com; corie.mitchell@wreg.com; dennis.turner@wreg.com;
    leslie.isbell@wreg.com; tom.moo@wreg.com

9.  WMC-TV
    Memphis, TN
    www.wmcstations.com

10. WLMT-TV
    2701 Union Extd.
    Memphis, TN 38112
    901-323-2430
    www.myeyewitnessnews.com

    News Hotline: 901-321-7668; newsdesk@myeyewitnessnews.com

11. WKNO-TV
    Memphis, TN
    www.wkno.org
    wknopi@wkno.org

12. WKRN-TV
    441 Murfreesboro Road
    Nashville, TN 37210
    615-259-2200; 615-369-7222
    www.wkrn.com

    News: 615-369-7236; news@wkrn.com
    Community events calendar: communityevents@wkrn.com

13. WTVF-TV
    474 James Robertson Parkway
    Nashville, TN 37219
    www.newschannel5.com

    News Tips: 615-254-6397; fax: 615-244-9883

14.    WZTV
       Nashville, TN
       615-(615) 369-1717369-1717

       Submit story ideas: news@fox17.com
       To post an event on the community calendar: community@fox17.com

       www.wztv.com

15.    WSMV-TV
       5700 Knob Road
       Nashville, TN 37209
       www.wsmv.com/index.html

       News tips: 615-353-2231; news@wsmv.com

16.    WUXP-TV
       Nashville, TN

       www.wuxp.com

       To post a community event: notes@upn30.com

Radio Stations

1.    WDEF (AM)
       Box 11008
       Chattanooga, TN 37401
       423-321-6200
       fax: 423-321-6264

2.    WDOD (FM)
       Box 11008
       Chattanooga, TN 37401
       423-321-6200
       fax: 423-321-6264

3.    WDYN (FM)
       1815 Union Ave
       Chattanooga, TN 37404
       423-493-4382
       fax: 423-493-4526
       wdyn@wdyn.com
       www.wdyn.com

4.      WDXI (AM) & WMXX (FM)
        Box 3865
        Jackson, TN 38303-3845
        731-427-9611
        fax: 731-427-1321

5.      WJAK (AM)
        111 W. Main St.
        Jackson, TN 38303-38301
        731-427-9616
        fax: 731-427-9302
        bthomas@stn1077.com

6.      WNWS (FM)
        202 W. Lafayette St.
        Jackson, TN 38301
        731-423-8316
        fax: 731-423-8304
        newstalk@wnws.com
        www.wnws.com

7.      WTJS (AM) & WTNV (FM)
        122 Radio Rd.
        Jackson, TN 38301
        731-427-3316
        fax: 731-427-4576

8.      WQOX (FM)
        Telecommunications Center
        2485 Union Avenue
        Memphis, TN 38112
        901-320-3460
        fax: 901-454-7673
        www.wqoxmes/admin/avery/mes.com

9.      WBBP (AM)
        369 GE Patterson Ave.
        Memphis, TN 38126
        901-278-7878
        fax: 901-332-1707
        www.bbless.com

10.  WGKX (FM)
     965 Ridge Lake Blvd
     Memphis, TN 38119
     901-682-1106
     fax: 901-767-9531
     www.kix106.com


11.  WEGR(FM)
     2650 Thousand Oaks Blvd.
     Memphis, TN 38118
     901-259-1300
     fax: 901-259-6449
     www.rock103.com
     Rock103@aol.com

12.  WWTQ (AM)
     5904 Ridgeway Ctr. Pkwy.
     Memphis, TN 38120
     901-767-0104
     fax: 901-767-0582


13.  WAMB (AM & FM)
     1617 Lebanon Pike
     Suite 100
     Nashville, TN 37210
     615-889-1960
     fax: 615-902-9108
     wamb@bellsouth.net

     (Note: partial Spanish format - should press release be in Spanish?)

14.  WKDF (FM)
     Box 101604
     Nashville, TN 37224
     615-244-9533
     fax: 615-259-1271
     www.1-3WKDF.com

15.  WLAC (AM)
     55 Music Sq. West
     Nashville, TN 37203
     615-664-2400
     fax: 615-664-2457
     www.1510wlac.com

16.　WNQM (AM)
　　　1300 WWCR Ave
　　　Nashville, TN 37218
　　　615-255-1300
　　　fax: 615-255-1311
　　　www.wwcr.com

　　　(Partial Spanish format - should press release be in Spanish?)

17.　WSIX (FM)
　　　55 Music Square West
　　　Nashville, TN 37203
　　　615-664-2400
　　　fax: 615-664-2457

18.　WPLN (FM)
　　　630 Mainstream Dr.
　　　Nashville, TN 37228-1204
　　　615-760-2903
　　　fax: 615-760-2904
　　　talkback@wpln.org
　　　www.wpln.org

## Georgia

**Newspapers**

1.　Atlanta Journal-Constitution
　　　72 Marietta St NW Ste 4
　　　Atlanta, GA 30303-2899
　　　404-577-5772
　　　www.ajc.com

　　　Editor: Julia Wallace, 404-526-7679, jdwallace@ajc.com

2.　Marietta Daily Journal
　　　580 Fairground St SE
　　　Marietta, GA 30060-2797
　　　770-795-3000
　　　www.mdjonline.com

　　　Nat'l News Desk: Ken Denney, 404-422-9533
　　　Managing Editor: Billy Mitchell

3. <u>www.paulding.com</u>
   (free on-line newsboard)

4. <u>www.cobbtalks.com</u>
   (free on-line newsboard)

**ATTACHMENT C**

**FEMA Screening Questions**

IF:     Applicant calls the 800 number in response to the flyer:

THEN: Preamble (to be read to applicants):

I would like to ask you some questions to find out what you need from FEMA.  You have stated that you or a household member has a disability such as long-term physical or health problems, mental health issues, or learning problems that make it hard to do certain things. You do not have to answer these questions, but if you don't answer them, we may not know how to help you or properly determine what you need. FEMA will keep the information you give us confidential.

1.     Who in your household has a disability? _____

2.     Name and age of person in the household who has the disability:

        _____

3.     Relationship to you: _____

4.     What type of disability is it? _____

5.     Describe the disability: _____

6.     Does the person use any type of mobility aid (such as a wheelchair, cane, or walker)?

        _____

7.     What kind? If a wheelchair, is it a manual wheelchair, a power chair, or a scooter?

        _____

8.     Is the mobility aid used at all times or only part of the time?        Explain:

        _____

9.     What do you or the household member need? Check all that apply:

       o Ramp with handrails to entrance of trailer or hotel _____

       o Sturdy steps with handrails on steps at entrance to trailer or

         hotel _____

       o Doorways wide enough for a wheelchair _____

       o Raised toilet seat _____

o Grab bars around toilet _____

o Accessible (roll-in) shower _____

o Bathtub with low sides _____

o Grab bars in tub or shower _____

o Bath bench or shower chair (specify) _____

o Hand held shower controls _____

o Cut-out area under bathroom sink so chair can pull under _____

o Rooms big enough for wheelchair and wheelchair turn space _____

o Switches and controls reachable from wheelchair _____

o Accessible kitchen appliances (leg space under sink, lower stoves,

    counters, cabinets etc.) _____

o Visual alarms and notification devices

    Explain: _____

o More room for equipment (e.g., hospital bed)

    Explain: _____

o All electric trailer _____

o Other _____

    Explain in detail: _____

    _____

Are there other things you or a household member need in a trailer or hotel room because of a

    disability?  Explain: _____

How many people in your household will be living in the trailer or hotel?

    Adult _____   Children _____

How many bedrooms do you need in a trailer? _____

Do you own property with functioning utilities (electric, water, sewer) where

a trailer could be placed? _____

If so, do you want a trailer on that property? _____

If no, would you be willing to live in a commercial or group park? _____


For internal FEMA use only

Applicant needs a trailer with the following accessibility features:

o Ramp with handrails to entrance of trailer _____

o Sturdy steps with handrails on steps at entrance to trailer _____

o Doorways wide enough for a wheelchair _____

o Raised toilet seat _____

o Grab bars around toilet _____

o Accessible (roll-in) shower _____

o Bathtub with low sides _____

o Grab bars in tub or shower _____

o Bath bench or shower chair (specify) _____

o Hand held shower controls _____

o Cut-out area under lavatory so chair can pull under _____

o Rooms big enough for wheelchair and wheelchair turn space _____

o Switches and controls reachable from wheelchair _____

o Accessible kitchen appliances (leg space under sink, lower stoves,

counters, cabinets etc.) _____

o Visual alarms and notification devices: _____

o More room for equipment (e.g., hospital bed)

   Explain: _____

o All electric trailer _____

o Other _____

   Explain in detail _____

   _____


Applicant needs a trailer park with the following accessibility features:

   o Paved surface from parking area to ramp or stairs to trailer _____

   o Level paved landing at bottom of ramp _____

   o Accessible path of travel (e.g., paved surfaces) to laundry rooms, public telephones,

   public transit stops, other trailers, etc. _____

   o Front loading washing machines _____

   o Accessible paths of travel in and out of the trailer park and within park

   o Other issues (explain) _____


Was applicant provided with another trailer on an interim basis? _____

Applicant was provided with a trailer on _____

The model and size of the trailer provided was _____

The following modifications were made to the trailer on _____

An accessible trailer was not provided to the applicant within _____ days of the request for the

following reason: _____

Applicant should be provided with the following trailer model(s), which provide the above accessibility features:

[Caseworkers need a complete list of specific (available) trailer models, including numbers of bedrooms]


Applicant needs a hotel room with the following accessibility features:

     o Wheelchair accessible, without roll-in shower

     o Wheelchair accessible, with roll-in shower

     o Visual alarms, notification devices and TDD phones (for Deaf persons)

     o Other (explain):

**ATTACHMENT D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAIRE BROU, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 06-0838 |
| ) | |
| v. ) | JUDGE DUVAL |
| ) | |
| FEDERAL EMERGENCY MANAGEMENT ) | |
| AGENCY, et al., ) | MAGISTRATE JUDGE |
| ) | KNOWLES |
| Defendants. ) | |
| ) | |

## FINAL JUDGMENT APPROVING SETTLEMENT AGREEMENT

Following this Court's order preliminarily approving the proposed Settlement Agreement and certifying this action as a class action for settlement purposes, the parties disseminated a Notice of Proposed Settlement and Fairness Hearing to the plaintiff class.  After consideration of the written submissions of the parties, the proposed Settlement Agreement between the parties, all objections to the Settlement Agreement, all filings in support of the Settlement Agreement, and the presentations at the hearing held by the Court to consider the fairness of the Settlement Agreement, the Court hereby Orders, Adjudges, and Decrees that:

1.     The Settlement Agreement between plaintiffs and defendants, which is attached hereto, is finally approved as fair, reasonable, and adequate.

2.     Except as provided in paragraph 3 of this Order, Plaintiffs' Claims in this action are hereby dismissed with prejudice.

3.      The Court shall retain jurisdiction to enforce compliance with the terms and conditions of the Settlement Agreement, as specified in paragraph 13 of such Agreement, and to hear and determine claims for additional relief filed upon behalf of individual Class Members pursuant to paragraph 14 of the Agreement.  The Court's jurisdiction under this paragraph shall terminate at such time as the Parties file a final report as specified in paragraph 21 of the Agreement.

Dated: _____, 2006

_____
HONORABLE STANWOOD R. DUVAL, JR.
United States District Judge

**ATTACHMENT E**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAIRE BROU, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 06-0838 |
| | ) | |
| v. | ) | JUDGE DUVAL |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT | ) | |
| AGENCY, et al., | ) | MAGISTRATE JUDGE |
| | ) | KNOWLES |
| Defendants. | ) | |
| | ) | |

## PRIVACY ACT PROTECTIVE ORDER

Upon the joint motion of the Parties in the above-captioned matter, and pursuant to the provisions of Section 3(b)(11) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(11),

IT IS HEREBY ORDERED that Defendants are authorized to release the records described in paragraphs 6.D. and 9.A. of the Settlement Agreement between the Parties to the attorneys designated by the Court as Class Counsel, without obtaining the prior written consent of the individuals to whom such records or information pertain.  Such disclosure is subject to the following conditions:

1.      For purposes of this Order, the term "record" shall have the same meaning as set forth in the Privacy Act, 5 U.S.C. § 552a(a)(4).  This Order applies to documents or information contained in records that are subject to the Privacy Act only and does not create greater or lesser rights or obligations than those contained in the Privacy Act.  Document summaries, statistical compilations, or other summary records which do not contain information by which to identify specific individuals (whether by name, social security number, symbol or other form of personal identification), and which are not thereby subject to the Privacy Act, are not covered by this Order.

2.       Records that identify specific individuals shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation.  For any records, such as computer data, whose medium makes such stamping impracticable, the diskette case and/or accompanying cover letter shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking.  Answers to interrogatories, if any, that contain protected information derived from records subject to the Privacy Act also shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation.  Except as provided herein, no person having access to records designated as subject to this Order or the information therein shall make public disclosure of those records or that information without further Order of the Court.

3.       Class Counsel may disclose records subject to the requirements of this Order only to the Court, the attorneys of record for the Parties, persons regularly in the employ of such attorneys who have a need for the information in the performance of their duties, experts or other retained consultants, the individual(s) to whom the record pertains, and fact witnesses for the Parties who have a need for the information for the purposes of this litigation.  Such disclosure shall in all cases be made only for the purposes of the pending litigation.

4.       Any person listed in paragraph 3 (except the Court and Defendants' employees and Defendants' counsel) who has a need to review records subject to this Order must sign the Acknowledgment of Privacy Act Protective Order attached hereto before the records may be disclosed to that person by Class Counsel.

-2-

5.     Should Class Counsel wish to disclose records or information which are subject to this Order to any additional persons except those indicated in paragraph 3, Class Counsel will first seek the Defendants' consent.  If Defendants do not consent to disclosure, then Plaintiffs or their counsel may, on motion, seek modification of this Order from the Court.

6.     All individuals to whom records which are subject to this Order are disclosed by Class Counsel shall return any and all records and copies thereof in their possession to Class Counsel before termination of this litigation, or when they are no longer a party to or assigned or retained to work on this case, whichever comes earlier.

7.     Records designated as subject to this Order and all copies thereof must be returned to the Federal Emergency Management Agency and/or its counsel or destroyed within 30 days after the termination of this litigation, including any appeals.  Any document created by Class Counsel which contains or reflects information protected by the Privacy Act must be destroyed when this litigation is concluded.  Notwithstanding the preceding two sentences, Class Counsel may, upon certification to Defendants that the records are being maintained pursuant to this Protective Order, defer the return and/or destruction of any such documents for a period not to exceed six years after the termination of this litigation, including any appeals.  In the event that such certification is provided, Class Counsel must, at Defendants' counsel's request, inform Defendants of steps being taken to ensure compliance with this order.  Should Class Counsel elect to destroy rather than return the documents, Class Counsel shall within 45 days thereafter certify to Defendants' counsel that the documents have been destroyed.

8.     Nothing in this Protective Order affects the right of counsel to discuss with their clients any relevant information contained in records subject to this Protective Order.

9.     Those portions of any filings with the Court which contain information protected by the Privacy Act shall be made under seal.

10.     This Order does not constitute a ruling on the question of whether any particular record is properly discoverable or admissible, and does not constitute a ruling on any potential objection to the discoverability of any record, other than objections based on the Privacy Act.

IT IS SO ORDERED.

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

AGREED:

PETER KEISLER
Assistant Attorney General

_____
NELL HAHN
Director of Litigation and Systems Advocacy
Advocacy Center
600 Jefferson Street Suite 812
Lafayette LA 70501
Telephone:  (337) 237-7380
Facsimile:  (337) 237-0486
E-mail:  nhahn@advocacyla.org

Attorney for Plaintiffs

JIM LETTEN
United States Attorney

GLENN K. SCHREIBER
Assistant United States Attorney

JOSEPH LOBUE
Assistant Director
Federal Programs Branch

_____
CARY LACHEEN
National Center for Law and Economic
Justice
275 Seventh Avenue, Suite 1506
New York, NY 10001-6708
Tel: (212) 633-6967
Fax: (212) 633-6371
E-mail: lacheen@nclej.org

Attorneys for Plaintiffs

Dated: _____

_____
DIANE KELLEHER
Trial Attorney
Department of Justice
Civil Division, Room 7318
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4775
Facsimile:  (202) 616-8470
E-mail: Diane.Kelleher@usdoj.gov

Attorneys for Defendants

Dated: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAIRE BROU, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 06-0838 |
| v. | ) | |
| | ) | JUDGE DUVAL |
| FEDERAL EMERGENCY MANAGEMENT | ) | |
| AGENCY, et al., | ) | MAGISTRATE JUDGE |
| | ) | KNOWLES |
| Defendants. | ) | |
| | ) | |

## ACKNOWLEDGMENT OF PRIVACY ACT PROTECTIVE ORDER

I, _____, hereby acknowledge that I have read and

understand the Privacy Act Protective Order entered in this action.  I hereby agree to be bound by

the terms of the Order and to comply with each of its requirements, including the following:

1.    I agree that I will use records and information protected by the Order only for

purposes of this case, including any appeals, and not for any other purpose of any kind.

2.    I agree that records and information and all copies thereof protected by the Order,

will be returned to Class Counsel prior to the termination of this litigation, or when I am no longer

assigned or retained to work on this case, whichever comes earlier so that the records and

information may be returned to the Defendants or destroyed within 30 days after the termination of

this litigation.

3.    I agree that any documents containing Privacy Act information will be destroyed

when this litigation is concluded, and that Class Counsel will so certify to the Defendants.

4.    I agree that I will disclose records and information protected by the Order only to

the Court, the attorneys of record for the Parties, persons regularly in the employ of such

attorneys, and any experts or consultants hired for this case by the Parties or their attorneys, the

individual(s) to whom the record pertains, and fact witnesses who (except the Court, Defendants'

employees and Defendants' counsel) have signed an acknowledgment like this one and have a need for such information to perform duties specifically related to the conduct of this litigation.

5.    Should I wish to disclose the records which are subject to the Order to any additional persons except those indicated in the Order and herein, I will first seek the Defendants' consent.  If the Defendants do not consent to the disclosure, then I may, on motion, seek modification of the Order from the Court.

6.    I agree that those portions of any filings with the Court which contain Privacy Act materials shall be filed under seal.

7.    I hereby confirm that my duties under this Acknowledgment shall survive the termination of this case and are binding upon me for all time.

8.    I hereby consent to the personal jurisdiction of the United States District Court for the Eastern District of Louisiana in the above-captioned case for the purpose of enforcing the aforementioned Order.

_____
[signature]

_____
[print name]

DATED: _____